## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| v. | : | Mag. No. 24-16262 |
| JAN DAENINCK | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Michelle L. Goldman, Assistant U.S. Attorney, appearing), and defendant Jan Daeninck (Joseph Atler, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through December 20, 2024.

2. This is the first continuance that the Court has granted.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

b. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from October 21, 2024 through December 20, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

*Leda Dunn Wettre*

———————————————
HON. LEDA DUNN WETTRE
United States Magistrate Judge

Dated: October 21, 2024

Form and entry consented to:

/s/ Michelle L. Goldman
Michelle L. Goldman
Assistant U.S. Attorney

———————————————
Joseph Atler, Esq.
Counsel for Jan Daeninck

- 2 -